**Ingya Cattle**

| | |
|---|---|
| **From:** | Lessie House |
| **Sent:** | Thursday, April 22, 2021 11:50 AM |
| **To:** | Ingya Cattle |
| **Subject:** | FW: Is this happening? |

**From:** Lessie House
**Sent:** Wednesday, July 18, 2018 8:26 AM
**To:** Joseph Westbrook
**Subject:** Re: Is this happening?

On top of it

Sent from my iPhone

On Jul 17, 2018, at 6:50 PM, Joseph Westbrook <bill_cenlarv@yahoo.com> wrote:

> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** pstroderd@courtesyautomotive.com
>> **Date:** July 17, 2018 at 3:55:06 PM CDT
>> **To:** "Don Hagroder" <dhargroder2001@yahoo.com>, "Joseph Westbrook" <bill_cenlarv@yahoo.com>
>> **Subject: FW: Fwd: Is this happening?**
>>
>> please open up the link below and read will green response this is not good for the future of our business if the state lets this happen
>>
>> -----Original Message-----
>> From: "Court Williams" <cwill76@gmail.com>
>> Sent: Tuesday, July 17, 2018 3:48pm
>> To: "Paul Stroderd" <pstroderd@courtesyautomotive.com>
>> Subject: Fwd: Is this happening?
>>
>>
>> Court Williams
>>
>> Begin forwarded message:

1



**From:** Will Green <wgreen@lada.org>
**Date:** July 17, 2018 at 3:13:45 PM CDT
**To:** Court Williams <cwill76@gmail.com>
**Subject: Re: Is this happening?**

They had plans to open before we passed our bill in 2017, but according to their lobbyist, they still think they can open a service center. That said, I don't think Tesla intended for this to get out and are that ready to move forward.

We spoke to Lessie at the LMVC and she re-stated her position that she feels the law is clear that they cannot get a license.

Still, they have done this in other states, been denied a license and sued. Usually the law suit results in high legal costs and bad press for the dealers and the LMVC and they are forced to settle.

I am not saying that will happen here, but I've been warned by many of my counterparts in other states.

*Will H. Green, JD*
President and Administrator

**LOUISIANA AUTOMOBILE DEALERS ASSOCIATION**
**LOUISIANA AUTOMOBILE DEALERS SELF-INSURERS' TRUST FUND**
7526 Picardy Avenue
Baton Rouge, LA  70808
p: 225.769.5500 | f: 225.769.2085

---

**From:** Court Williams <cwill76@gmail.com>
**Date:** Tuesday, July 17, 2018 at 2:30 PM
**To:** Will Green <wgreen@lada.org>
**Subject:** Is this happening?

http://canalstreetbeat.com/tesla-opening-new-service-center-in-new-orleans/

2



**Court Williams**
General Manager
Courtesy Buick GMC

337.769.4500

3

LMVC000385