UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TESLA, INC., TESLA LEASE TRUST, AND TESLA FINANCE, LLC<br><br>**Plaintiffs,**<br><br>v.<br><br>LOUISIANA AUTOMOBILE DEALERS ASSOCIATION ET AL.<br><br>**Defendants.** | CASE NO. 22-2982<br><br><br>JUDGE VANCE<br><br><br>MAGISTRATE JUDGE CURRAULT |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Tesla, Inc., Tesla Lease Trust, and Tesla Finance, LLC (collectively "Plaintiffs"), and Defendants, V. Price LeBlanc Jr., in his private capacity, LeBlanc Automobiles, L.C., Eric R. Lane, in his private capacity, Gerry Lane Enterprises, Inc., Keith P. Hightower, in his private capacity, Holmes Motors, LLC, Keith M. Marcotte, in his private capacity, Morgan Buick GMC Shreveport, Inc., Wesley Randal Scoggin, in his private capacity, Airline Car Rental, Inc., Donna S. Corley, in her private capacity, Shetler-Corley Motors, Limited, Terryl J. Fontenot, in his private capacity, T & J Ford, Inc., Maurice C. Guidry, in his private capacity, Golden Motors, LLC, and Joyce Collier LaCour in her official capacity as a Commissioner of the Louisiana Motor Vehicle Commission (collectively "Defendants"), respectfully move the Court to set October 31, 2022 as the deadline to file responsive pleadings for all Defendants. Some other defendants have already obtained October 31, 2022 as a responsive pleading deadline. Having the same responsive pleading deadline for defendants will enable the parties and the Court to streamline deadlines to a single deadline. All parties to this motion consent to the filing of this motion.

Respectfully submitted,

| ADAMS AND REESE LLP | SHERMAN & LACEY, LLP |
|---|---|
| /s/ *Diana Cole Surprenant*<br>MARK R. BEEBE, T.A. (#19487)<br>DIANA COLE SURPREANT (#33399)<br>JENNIFER C. BERGERON (#37854)<br>JEFFREY M. SURPRENANT (#38908)<br>Hancock Whitney Center – Suite 4500<br>701 Poydras Street<br>New Orleans, Louisiana 70139<br>Mark.Beebe@arlaw.com<br>Diana.Surprenant@arlaw.com<br>Jennifer.Bergeron@arlaw.com<br>Jeff.Surprenant@arlaw.com<br>Telephone: (504) 581-3234<br>Facsimile: (504) 566-0210<br>*Counsel for Plaintiffs, Tesla, Inc., Tesla Lease Trust, and Tesla Finance, LLC* | /s/ *Colin D. Sherman*<br>Colin D. Sherman, T.A. (La. Bar # 23299)<br>P.O. Box 3062<br>Mobile, AL 36652-3062<br>118 N. Royal Street, Suite 702<br>Mobile, AL 36602<br>Telephone:     (251) 930-5415<br>Facsimile:       (251) 252-7794<br>csherman@shermanlaceylaw.com<br>*Counsel for Defendants, Eric R. Lane and Gerry Lane Enterprises, Inc. d/b/a Gerry Lane Chevrolet* |
| **TAYLOR, PORTER, BROOKS & PHILIPS, LLP**<br><br>/s/ *Harry J. Philips, Jr.*<br>Harry J. Philips, Jr. (#2047)<br>450 Laurel Street, 8th Floor (70801)<br>P.O. Box 2471<br>Baton Rouge, LA 70821<br>Telephone: (225) 387-3221<br>Fax: (225) 346-8049<br>skip.philips@taylorporter.com<br>*Counsel for Defendant, Joyce Collier LaCour in her official capacity as Commissioners of the Louisiana Motor Vehicle Commission* | **SCHONEKAS EVANS MCGOEY & MCEACHIN, LLC**<br><br>/s/ *Patrick S. McGoey*<br>Patrick S. McGoey (#24549)<br>Andrea V. Timpa (#29455)<br>909 Poydras Street, Suite 1600<br>New Orleans, Louisiana 70112<br>Telephone: 504-680-6050<br>Facsimile: 504-680-6051<br>patrick@semmlaw.com<br>andrea@semmlaw.com<br>*Counsel for V. Price LeBlanc, Keith Hightower, Keith Marcotte, Wesley Randal Scoggin, Donna S. Corley, Terryl J. Fonetnot, and Maurice C. Guidry in their individual and private capacities, and the following entities, LeBlanc Automobiles, L.C., T & J Ford, Inc., Holmes Motors, LLC, Golden Motors, LLC, Morgan Buick GMC Shreveport, Inc., Airline Car Rental, Inc., and Shetler-Corley Motors, Limited* |