IN THE UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF LOUISIANA

| | |
|---|---|
| TESLA, INC., *ET AL*<br><br>*Plaintiffs,*<br><br>v.<br><br>LOUISIANA AUTOMOBILE DEALERS ASSOCIATION, *ET AL* ,<br><br>*Defendants* | CIVIL ACTION NO.: 2:22-cv-02982<br><br>JUDGE:  SARAH S. VANCE<br><br>MAGISTRATE JUDGE:  DONNA PHILLIPS CURRAULT |

ORDER TO CONVERT TO
EX PARTE MOTION

CONSIDERING THE STATE OF LOUISIANA'S motion to covert to an *ex parte* motion State of *Louisiana's Motion to Intervene*:

IT IS HEREBY ORDERED that the motion is GRANTED; and upon the Attorney General's representation that all parties have no objection to the State's intervention to defend a constitutional challenge to state statutes, the State's motion shall be treated as an *ex parte* motion.

This 25th day of October 2022.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF LOUISIANA