UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TESLA, INC., ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 22-2982 |
| LOUISIANA AUTOMOBILE DEALERS ASSOCIATION, ET AL. | * | SECTION "R" (2) |

## ORDER

Defendant Louisiana Automobile Dealers Association, Inc. ("LADA"), on its own behalf and on behalf of its members, has filed a Motion to Extend Opposition Due Date seeking to extend the December 27, 2022, opposition deadline on Plaintiff's Motion for Leave to File First Amended Complaint (ECF No. 127) to January 3, 2022. ECF No. 131. Defendant did not file a Motion for Expedited Hearing along with that request, but instead, filed a contradictory motion that is scheduled for submission on January 11, 2023, which is after the original deadline of December 27, 2022, the requested extended deadline of January 3, 2023, and the submission date of January 4, 2023. *See* E.D. La. Local Rule 7.5; ECF Nos. 131-3, 127. Accordingly,

IT IS ORDERED that Plaintiffs file a written response setting forth the basis for their objection to the one-week extension of the opposition deadline and submission date on or before 9:00 a.m., on Thursday, December 29, 2022. The motion for extension will be addressed on briefs without any further briefing or extensions.

New Orleans, Louisiana, this 28th day of December, 2022.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE