UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TESLA, INC., ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 22-2982 |
| LOUISIANA AUTOMOBILE DEALERS ASSOCIATION, ET AL. | * | SECTION "R" (2) |

## ORDER

Before the Court is Defendant Louisiana Automobile Dealers Association, Inc.'s ("LADA") Motion to Extend Opposition Due Date (ECF No. 131) to Plaintiffs' Motion for Leave to File First Amended Complaint (ECF No. 127). As Ordered (ECF No. 135), Plaintiffs filed a Response indicating no opposition to the extension provided that the submission date on their Motion for Leave to File First Amended Complaint is continued to January 11, 2023 and the submission date on all Motions to Dismiss pending before Judge Vance are continued to February 8, 2023. ECF No. 136. Plaintiffs recognize that the undersigned cannot alter the submission deadlines for the matters pending before Judge Vance, but can address the deadline on the matter pending before the undersigned. Accordingly,

IT IS ORDERED that LADA's Opposition deadline is extended to TUESDAY, JANUARY 3, 2023 and the submission date for Plaintiffs' Motion for Leave to File First Amended Complaint is CONTINUED to WEDNESDAY, JANUARY 11, 2023, without oral argument.

New Orleans, Louisiana, this 29th day of December, 2022.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE