UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TESLA, INC., ET AL. | CIVIL ACTION |
| VERSUS | NO. 22-2982 |
| LOUISIANA AUTOMOBILE DEALERS ASSOCIATION, ET AL. | SECTION "R" (1) |

## ORDER

Before the Court is plaintiffs' motion to expedite consideration[1] of their opposed motion to set a briefing schedule.[2] The Court hereby GRANTS plaintiffs' motion to expedite. Defendants' opposition briefs to plaintiffs' motion to set a briefing schedule must be submitted by Monday, January 23, 2023.

New Orleans, Louisiana, this __18th__ day of January, 2023.

_Sarah Vance_
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 153.
[2] R. Doc. 152.