IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TESLA, INC., ET AL<br>PLAINTIFFS | CIVIL ACTION NO. 2:22-CV-02982 |
| V. | JUDGE SARAH S. VANCE |
| LOUISIANA AUTOMOBILE<br>DEALERS ASSOCIATION, ET AL<br>DEFENDANTS | MAG. DONNA PHILLIPS CURRAULT |

### RENEWED RULE 12(b)(6) MOTION TO DISMISS OF SEVEN DEALERSHIP DEFENDANTS AND SEVEN LMVC COMMISSIONERS IN THEIR PRIVATE CAPACITIES

**NOW COME**, through undersigned counsel, defendants, T & J Ford, Inc. ("T & J"), Golden Motors, LLC ("Golden Motors"), LeBlanc Automobiles, L.C. ("LeBlanc Automobiles"), Holmes Motors, LLC ("Holmes Motors"), Morgan Buick GMC Shreveport, Inc. ("Morgan Buick"), Airline Car Rental, Inc. ("Airline"), Shetler-Corley Motors, Limited ("Shetler-Corley Motors") **(collectively "Dealership Defendants")**, V. Price Leblanc, Jr., Keith P. Hightower, Keith M. Marcotte, Wesley Randal Scoggin, Donna S. Corley, Terryl J. Fontenot, and Maurice C. Guidry, in their private capacities **(collectively the "Private Defendants")**, who respectfully submit this Renewed Rule 12(b)(6) Motion to Dismiss.

The Tesla Plaintiffs have asserted antitrust and unfair trade practice claims against the Dealership Defendants and Private Defendants. As shown in the Memorandum in Support accompanying this Motion, the First Amended Complaint for Declaratory and Injunctive Relief does not contain a single, specific factual allegation, not stated as a conclusion or based solely on speculation, to demonstrate that the Dealership Defendants or Private Defendants engaged in any wrongdoing, much less conduct which would subject them to liability to Plaintiffs. Moreover, as shown, Plaintiffs' state law claims have a one-year prescriptive period and are prescribed on the

face of the First Amended Complaint. Accordingly, all claims asserted against the Dealership Defendants and Private Defendants should be dismissed with prejudice.

**WHEREFORE** defendants, T & J Ford, Inc., Golden Motors, LLC, LeBlanc Automobiles, L.C., Holmes Motors, LLC, Morgan Buick GMC Shreveport, Inc., Airline Car Rental, Inc., Shetler-Corley Motors, Limited, and V. Price Leblanc, Jr., Keith P. Hightower, Keith M. Marcotte, Wesley Randal Scoggin, Donna S. Corley, Terryl J. Fontenot, and Maurice C. Guidry, in their private capacities, pray that after due proceeding are had, that their Renewed Rule 12(b)(6) Motion to Dismiss be granted, and that all claims asserted against them in the First Amended Complaint for Declaratory and Injunctive Relief be dismissed with prejudice, and for such other and further relief as is appropriate under the circumstances.

Respectfully submitted,

*/s/Patrick S. McGoey*
Patrick S. McGoey, 24549
Andrea V. Timpa, 29455
SCHONEKAS EVANS McGOEY &
McEACHIN, LLC
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
Telephone: 504-680-6050
Facsimile: 504-680-6051
patrick@semmlaw.com
andrea@semmlaw.com
*Attorneys for The Dealership Defendants and Private Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/Patrick S. McGoey*
PATRICK S. McGOEY

2