IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TESLA, INC., ET AL<br>PLAINTIFFS | CIVIL ACTION NO. 2:22-CV-02982 |
| V. | JUDGE SARAH S. VANCE |
| LOUISIANA AUTOMOBILE<br>DEALERS ASSOCIATION, ET AL<br>DEFENDANTS | MAG. DONNA PHILLIPS CURRAULT |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the Renewed Rule 12(b)(6) Motion to Dismiss of Seven Dealership Defendants and Seven LMVC Commissioners in their Private Capacities, is noticed for submission on February 8, 2023 at 10:00 a.m. before the Honorable Judge Sarah S. Vance of the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

/s/Patrick S. McGoey
Patrick S. McGoey, 24549
Andrea V. Timpa, 29455
SCHONEKAS EVANS McGOEY &
McEACHIN, LLC
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
Telephone:  504-680-6050
Facsimile:  504-680-6051
patrick@semmlaw.com
andrea@semmlaw.com

*Attorneys for The Dealership Defendants and Private Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                             */s/Patrick S. McGoey*
                                             PATRICK S. McGOEY