# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Tesla, Inc., et al. | ) Civil Action No. 22-cv-02982 |
| *Plaintiffs*, | ) Section "R(1)" |
| v. | ) Judge Sarah S. Vance |
| Louisiana Automobile Dealers Association, et al., | ) Magistrate Judge Donna Phillips Currault |
| *Defendants*. | ) |

### EX PARTE MOTION FOR EXPEDITIED CONSIDERATION ON PLAINTIFFS' MOTION FOR LEAVE TO FILE ONE CONSOLIDATED OPPOSITION MEMORANDUM TO THE MOTIONS TO DISMISS FIRST AMENDED COMPLAINT IN EXCESS OF THE PAGE LIMIT

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Tesla Inc., Tesla Finance, LLC, and Tesla Lease Trust (collectively "Plaintiffs"), which respectfully move the Court for expedited consideration of their Motion for Leave to File One Consolidated Opposition Memorandum to the Motions to Dismiss First Amended Complaint in Excess of the Page Limit. Plaintiffs are seeking leave to file a single omnibus opposition memorandum up to 65 pages in length in response to the pending motions to dismiss the First Amended Complaint. The deadline to oppose the pending motions to dismiss the First Amended Complaint is February 28, 2023. However, the next submission date is not until March 22, 2023. Thus, an expedited ruling is necessary to decide this motion in advance of Plaintiffs' February 28, 2023 deadline to oppose the seven pending motions to dismiss. Accordingly, Plaintiffs respectfully request that the Court consider this motion on an expedited basis so that Plaintiffs can properly prepare and file their opposition memorandum to the pending motions to dismiss.

**WHEREFORE**, Plaintiffs respectfully request that the Court consider their Motion for Leave to File One Consolidated Opposition Memorandum to the Motions to Dismiss First

Amended Complaint in Excess of the Page Limit on an expedited basis and grant Plaintiffs leave to file a single omnibus opposition memorandum in excess of the page limit to address the pending seven motions to dismiss in a single opposition memorandum.

Respectfully submitted,

ADAMS AND REESE LLP

*/s/ Mark R. Beebe*
Mark R. Beebe T.A. (#19487)
Diana Cole Surprenant (#33399)
Jennifer C. Bergeron (#37854)
Jeffrey M. Surprenant (#38908)
701 Poydras Street, Suite 4500
New Orleans, LA  70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
Mark.Beebe@arlaw.com
Diana.Surprenant@arlaw.com
Jennifer.Bergeron@arlaw.com
Jeff.Surprenant@arlaw.com

And

LEHOTSKY KELLER LLP

Katherine C. Yarger*
700 Colorado Blvd., #407
Denver, CO  80206
Katie@lehotskykeller.com

And

Jeremy Evan Maltz*
200 Massachusetts Ave., NW
Washington, DC  20001
Jeremy@lehotskykeller.com

*Admitted *Pro Hac Vice*