IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Tesla, Inc., et al. | ) Civil Action No. 22-cv-02982 |
| *Plaintiffs*, | ) Section "R(1)" |
| v. | ) Judge Sarah S. Vance |
| Louisiana Automobile Dealers Association, et al., | ) Magistrate Judge Donna Phillips Currault |
| *Defendants*. | ) |

## ORDER

Considering the foregoing Ex Parte Motion for Expedited Consideration on Plaintiffs' Motion for Leave to File One Consolidated Opposition Memorandum to the Motions to Dismiss First Amended Complaint in Excess of the Page Limit;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**;

**IT IS FURTHER ORDERED** that the Court will consider Plaintiffs' Motion for Leave to File One Consolidated Opposition Memorandum to the Motions to Dismiss First Amended Complaint in Excess of the Page Limit on an expedited basis.

New Orleans, Louisiana, this __23rd__ day of February, 2023.

*Sarah Vance*
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**

[Stamp: MOOT]