# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Tesla, Inc., et al. | ) Civil Action No. 22-cv-02982 |
| *Plaintiffs*, | ) Section "R(1)" |
| v. | ) Judge Sarah S. Vance |
| Louisiana Automobile Dealers Association, et al., | ) Magistrate Judge |
| | ) Donna Phillips Currault |
| *Defendants*. | ) |

## **NOTICE OF APPEAL**

Plaintiffs, Tesla Inc., Tesla Finance, LLC, and Tesla Lease Trust, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the District Court's Order and Reasons dated June 16, 2023 [ECF 182], and the subsequent judgment dated June 16, 2023 [ECF 183], rendered by Judge Sarah S. Vance, United States District Court Judge for the Eastern District of Louisiana.

Respectfully submitted,

ADAMS AND REESE LLP

*/s/ Diana Cole Surprenant*
Mark R. Beebe T.A. (#19487)
Diana Cole Surprenant (#33399)
Jennifer C. Bergeron (#37854)
Jeffrey M. Surprenant (#38908)
701 Poydras Street, Suite 4500
New Orleans, LA  70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
Mark.Beebe@arlaw.com
Diana.Surprenant@arlaw.com
Jennifer.Bergeron@arlaw.com
Jeff.Surprenant@arlaw.com

And

LEHOTSKY KELLER COHN LLP

Katherine C. Yarger*
700 Colorado Blvd., #407
Denver, CO  80206
Katie@lkcfirm.com

And

Jeremy Evan Maltz*
200 Massachusetts Ave., NW
Washington, DC  20001
Jeremy@lkcfirm.com

*Admitted *Pro Hac Vice*

2