# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
September 27, 2024

Lyle W. Cayce
Clerk

No. 23-30480

---

Tesla, Incorporated; Tesla Lease Trust; Tesla Finance, L.L.C.,

*Plaintiffs—Appellants*,

*versus*

Louisiana Automobile Dealers Association, *In itself and on behalf of its members, executive committee*, and board of directors; Gregory Lala, *In his official capacity as Chairman of the Louisiana Motor Vehicle Commission*; Allen O. Krake, *In his Official capacity as a Commissioner of the Louisiana Motor Vehicle Commission and his private capacity*; V. Price Leblanc, Jr., *In his Official capacity as a Commissioner of the Louisiana Motor Vehicle Commission and his private capacity*; Eric R. Lane, *In his Official capacity as a Commissioner of the Louisiana Motor Vehicle Commission and his private capacity*; Kenneth Mike Smith, *In his Official capacity as a Commissioner of the Louisiana Motor Vehicle Commission and his private capacity*; P.K. Smith Motors, Incorporated; Keith P. Hightower, *In his Official capacity as a Commissioner of the Louisiana Motor Vehicle Commission and his private capacity*; Keith M. Marcotte, *In his Official Capacity as a Commissioner of the Louisiana Motor Vehicle Commission and his private capacity*; Wesley Randal Scoggin, *In his Official capacity as a Commissioner of the Louisiana Motor Vehicle Commission and his private capacity*; Scott A. Courville, *In his Official Capacity as a Commissioner of the Louisiana Motor Vehicle Commission*; Donna S. Corley, *In her Official capacity as a Commissioner of the Louisiana Motor Vehicle Commission and her private capacity*; Terryl J. Fontenot, *In his Official capacity as a Commissioner of the Louisiana Motor Vehicle Commission and his private capacity*; T & J Ford, Incorporated; Maurice C.

No. 23-30480

Guidry, *In his Official capacity as a Commissioner of the Louisiana Motor Vehicle Commission and his private capacity*; Golden Motors, L.L.C.; Raney J. Redmond, *In his Official capacity as a Commissioner of the Louisiana Motor Vehicle Commission*; Joseph W. Westbrook, *In his Official capacity as a Commissioner of the Louisiana Motor Vehicle Commission and his private capacity, also known as* Bill Westbrook; Stephen Guidry, *In his Official capacity as a Commissioner of the Louisiana Motor Vehicle Commission and his private capacity*; Joyce Collier LaCour, *In her Official capacity as a Commissioner of the Louisiana Motor Vehicle Commission*; Thomas E. Bromfield, *In his Official capacity as a Commissioner of the Louisiana Motor Vehicle Commission*; Edwin T. Murray, *In his Official capacity as a Commissioner of the Louisiana Motor Vehicle Commission and his private capacity*; Ford of Slidell, L.L.C., *doing business as* Supreme Ford of Slidell; Gerry Lane Enterprises, Incorporated, *doing business as* Gerry Lane Chevrolet; Holmes Motors, L.L.C., *doing business as* Holmes Honda; Airline Car Rental, Incorporated, *doing business as* Avis Rent-A-Car; Shetler-Corley Motors, Limited; Leblanc Automobiles. L.C., *incorrectly named as* Leblanc Automobiles, Inc.; Morgan Buick GMC Shreveport, Incorporated, *incorrectly named as* Morgan Pontiac, Inc.; P.K. Smith Motors, Incorporated, *in his private capacity*; Commissioners of the Louisiana Motor Vehicle Commission and their Dealerships; Stephen L. Guidry, Jr.,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:22-CV-2982

---

Case: 23-30480   Document: 191-1   Page: 3   Date Filed: 10/54/24
Case 2:22-30482-BOLU   Doc 1:   Doc 1: menPage: 3 Filed 10/54/24   09/27/2024
Page 23 of 3

No. 23-30480

## ON PETITION FOR REHEARING EN BANC

Before Smith, Haynes, and Douglas, *Circuit Judges*.

Per Curiam:[*]

    Treating the petitions for rehearing en banc as petitions for panel rehearing (5th Cir. R. 35 I.O.P.), the petitions for panel rehearing are DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (Fed. R. App. P. 35 and 5th Cir. R. 35), the petitions for rehearing en banc are DENIED.

---

[*] Judges Willett and Ho are recused and did not participate.