UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TESLA, INC., ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 22-2982 |
| LOUISIANA AUTOMOBILE DEALERS ASSOCIATION, ET AL. | * | SECTION "O" (2) |

## **ORDER**

Pursuant to the parties' request for an expedited settlement conference;

**IT IS ORDERED** that a video **Settlement Conference** is scheduled for **FRIDAY, JUNE 6, 2025**, **at 9:00 a.m.**, before Magistrate Judge Donna Phillips Currault. The parties are to provide to the Court the working draft settlement agreement, with edits, as well as a short confidential position letter or memorandum no longer than two (2) pages, double-spaced. The statement should be emailed to eFile-Currault@laed.uscourts.gov.

It is the duty of the parties to notify my Chambers if this case is continued, settled, or otherwise disposed of prior to the date of the scheduled settlement conference in the event that removal of the matter from the court's docket is appropriate.

This settlement conference will be conducted via video-conference.[1] Participation of parties in addition to counsel increases the efficiency and effectiveness of the Settlement Conference. Therefore, counsel **must** instruct their clients to be present on the videoconference at the start of the conference. **Persons with ultimate settlement authority must appear and**

---

[1] A log-in invitation for the video conference will be emailed to counsel shortly before the scheduled conference. Participants are reminded of requirements of our Local Rules with respect to proper attire in the courtroom. They are to abide by those requirements even when participating via video conference. Participants are further reminded of the general prohibition against photographing, recording, or rebroadcasting of court proceeding which likewise apply to proceedings conducted over video conference. Violations of these prohibitions may result in sanctions, as deemed necessary or appropriate.

participate in the conference.  On the plaintiff's side, **ultimate settlement authority** means the ability to fully negotiate to any number.  On the defense side, **ultimate settlement authority** means the ability to negotiate up to the amount of the demand, even if there is no intention to ever offer anything close to it.  Any counsel appearing without full and ultimate settlement authority, or without having secured the participation of the person with full and ultimate settlement authority throughout the settlement conference, may be sanctioned.

    New Orleans, Louisiana, this ___3rd___ day of June, 2025.

_____<br>
DONNA PHILLIPS CURRAULT<br>
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. BRANDON S. LONG**