UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TESLA, INC., ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-2982** |
| **LOUISIANA AUTOMOBILE DEALERS ASSOCIATION, ET AL.** | **SECTION "O"** |

## JUDGMENT

Considering the order granting the consent motion[1] for judgment of dismissal,

**IT IS ORDERED AND ADJUDGED** that all claims asserted by Plaintiffs Tesla, Inc., Tesla Finance, LLC, and Tesla Lease Trust against all Defendants are **DISMISSED WITH PREJUDICE**, without costs or fees awarded to any party, and any individual Defendant sued in his or her private capacity was engaged in the performance of the duties of his or her public office and free of criminal conduct.

New Orleans, Louisiana, this 21st day of July, 2025.

_____
BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 313.